**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN FLORES, MYRNA MORALES, ALVARO MARTINEZ, XIOMARA MORALES, OCTAVIO MARTINEZ, ROSARIO MORALES, and V.R. and C.F., through Guardian Ad Litem MELINDA PARRA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MAYWOOD, CITY OF CUDAHY, PABLO CUNNINGHAM, ROBERT LEACH, and BRETT BURNS,<br><br>Defendants. | No.   CV 04–7565 PA (Ex)<br><br>JUDGMENT |

   In accordance with the dismissal of defendants John Boston, Joe Hardin, and Frank Menchaca in the plaintiffs' Second Amended Complaint, the Court's April 14, 2006 Minute Order granting summary judgment in favor of defendants City of Maywood, City of Cudahy, Pablo Cunningham, Robert Leach, and Brett Burns on the claims of plaintiffs Christian Flores, Myrna Morales, Xiomara Morales, Rosario Morales, and V.R. and C.F. through guardian ad litem Melinda Parra, and granting summary judgment in favor of defendant City of Cudahy on the claims of Alvaro Martinez and Octavio Martinez, and the Court's October 30, 2008 Order granting the parties' Stipulation of Dismissal of plaintiffs Alvaro Martinez's

1 | and Octavio Martinez's claims against defendants City of Maywood, Pablo Cunningham, Robert Leach, and Brett Burns, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Defendant City of Cudahy shall have judgment in its favor on the claims of plaintiffs Alvaro Martinez and Octavio Martinez;

2. Plaintiffs Alvaro Martinez and Octavio Martinez shall take nothing from defendant City of Cudahy;

3. Defendant City of Cudahy shall recover from plaintiffs Alvaro Martinez and Octavio Martinez its costs of suit;

4. Defendants City of Maywood, City of Cudahy, Pablo Cunningham, Robert Leach, and Brett Burns shall have judgment in their favor on the claims of plaintiffs Christian Flores, Myrna Morales, Xiomara Morales, Rosario Morales, and V.R. and C.F. through guardian ad litem Melinda Parra;

5. Plaintiffs Christian Flores, Myrna Morales, Xiomara Morales, Rosario Morales, and V.R. and C.F. through guardian ad litem Melinda Parra shall take nothing from defendants City of Maywood, City of Cudahy, Pablo Cunningham, Robert Leach, and Brett Burns;

6. Defendants City of Maywood, City of Cudahy, Pablo Cunningham, Robert Leach, and Brett Burns shall recover from plaintiffs Christian Flores, Myrna Morales, Xiomara Morales, Rosario Morales, and V.R. and C.F. through guardian ad litem Melinda Parra their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: December 18, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE